HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN DOSCHER, | No. 13-cv-5483-RBL |
| Plaintiff, | Order |
| v. | |
| ARTHUR J. GALLAGHER & CO., et al., | (Dkt. #1) |
| Defendants. | |

Before the Court is Plaintiff's application to proceed *in forma pauperis*. [Dkt. #1]. For the reasons set forth below, the Court denies the application.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Order - 1

Here, Plaintiff's Complaint appears to lack merit on its face.  Thus, the Court **DENIES** the application. [Dkt. #1].  Plaintiff must pay the filing fee within **15 days** of this Order, or his Complaint will be dismissed.

Dated this 18th day of June 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE